UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFF A. MOYER,

      Plaintiff,

v.

      File No. 1:12-CV-685
      Adv. Pro. No. 12-80075
      HON. ROBERT HOLMES BELL

MICHAEL A. GREENE,

      Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed a report and recommendation ("R&R") issued by United States Bankruptcy Judge Jeffrey R. Hughes on June 1, 2012, recommending that Trustee Jeff A. Moyer's motion for entry of a default judgment against Defendant Michael A. Greene be granted. (Dkt. No. 1, Attach. 1.) Defendant has not filed any objections to the R&R, and the time for doing so has expired. *See* Bankr. R. 9033(b). The Court has reviewed the R&R, and agrees with its recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the June 1, 2012, R&R of the Bankruptcy Judge (Dkt. No. 1, Attach. 1) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Trustee's motion for entry of default judgment is **GRANTED**.

**IT IS FURTHER ORDERED** that a money judgment shall be entered in favor of Plaintiff Jeff A. Moyer, Trustee, and against Defendant Michael A. Greene, in the amount

of $63,000.00, together with costs of $250.00, for a total judgment of $63,250.00 pursuant to 11 U.S.C. § 542. *Cf.* 28 U.S.C. § 157(c)(1).

Dated: July 9, 2012 /s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE