UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFF A. MOYER,

    Plaintiff,

                              File No.  1:12-CV-685

v.                                 Adv. Pro. No. 12-80075

                              HON. ROBERT HOLMES BELL

MICHAEL A. GREENE,

    Defendant.

_____/

**ORDER APPROVING REPORT AND RECOMMENDATION**

        The Court has reviewed a report and recommendation ("R&R") issued by United States Bankruptcy Judge Jeffrey R. Hughes on June 1, 2012, recommending that Trustee Jeff A. Moyer's motion for entry of a default judgment against Defendant Michael A. Greene be granted.  (Dkt. No. 1, Attach. 1.)  Defendant has not filed any objections to the R&R, and the time for doing so has expired.  *See* Bankr. R. 9033(b).  The Court has reviewed the R&R, and agrees with its recommendation.  Accordingly,

        **IT IS HEREBY ORDERED** that the June 1, 2012, R&R of the Bankruptcy Judge (Dkt. No. 1, Attach. 1) is **APPROVED** and **ADOPTED** as the opinion of the Court.

        **IT IS FURTHER ORDERED** that the Trustee's motion for entry of default judgment is **GRANTED**.

        **IT IS FURTHER ORDERED** that a money judgment shall be entered in favor of Plaintiff Jeff A. Moyer, Trustee, and against Defendant Michael A. Greene, in the amount

of $63,000.00, together with costs of $250.00, for a total judgment of $63,250.00 pursuant to 11 U.S.C. § 542.  *Cf.* 28 U.S.C. § 157(c)(1).

Dated: July 9, 2012                              /s/ Robert Holmes Bell
                                                 ROBERT HOLMES BELL
                                                 UNITED STATES DISTRICT JUDGE